UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

            - against -

ARNALDO CABRERA,

            Defendant.

-------------------------------X

**MEMORANDUM AND ORDER**

05 CR. 1278-2 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Defendant has filed a motion *pro se* seeking appointment of counsel asserting "[e]xtraordinary and compelling reasons" previously unknown to support his application for compassionate release. ECF No. 124. In effect, defendant seeks reconsideration of this Court's previous denial of his application for compassionate release. ECF. No. 123. However, defendant presents no grounds for reconsideration, as the Court in fact had access to and considered his medical records in reaching its decision to deny defendant compassionate release.

    Accordingly, because there are no grounds for reconsideration of the Court's prior decision and no constitutional requirement that counsel be appointed, defendant's application is **DENIED**.

    The Clerk of Court is respectfully requested to terminate the pending motion at ECF. No. 124.

**SO ORDERED.**

Dated:   New York, New York
         November 20, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE