IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05 Cr. 1278 (NRB) |
| v. | District Judge Naomi Reice Buchwald |
| ARNALDO CABRERA, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR REDUCTION IN SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)

After considering the statutory factors under 18 U.S.C. § 3553(a), and finding under 18 U.S.C. § 3582(c)(1)(A) that there are extraordinary and compelling reasons for compassionate release and that compassionate release is consistent with the applicable United States Sentencing Commission policy statements, the Court hereby ORDERS that:

1. Defendant's Request for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 130), effective June 9, 2021, is hereby GRANTED;

2. Effective June 9, 2021, Defendant's sentence of incarceration is reduced to time served;

3. Upon release from incarceration, in addition to the conditions of supervised release previously set forth in the Judgment of Conviction (ECF No. 53), Defendant shall also abide by the conditions set forth as part of Defendant's removal proceedings initiated by U.S. Immigration and Customs Enforcement.

IT IS SO ORDERED.

Dated: June 7, 2021

                                          Hon. Naomi Reice Buchwald
                                          United States District Judge