```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA,

        - against -
                                              **O R D E R**

ARNALDO CABRERA,
                                              05 Cr. 1278 (NRB)
                    Defendant.

-----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on June 7, 2021, the Court granted defendant's application for compassionate release and ordered that, effective June 9, 2021, defendant's sentence of incarceration is reduced to time served, it is hereby

**ORDERED** that the U.S. Marshals and the U.S. Bureau of Prisons release defendant on Wednesday, June 9, 2021.

Dated:   New York, New York
         June 7, 2021

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE